Kathryn J. Halford (CSBN 68141)
Dana K. Kann (CSBN 220986)
K. Arianne Jordan (CSBN 221881)
WOHLNER, KAPLON, PHILLIPS YOUNG
& CUTLER
A Professional Corporation
15456 Ventura Boulevard, Suite 500
Sherman Oaks, California 91403
Telephone No.:(818)501-8030
Facsimile No.: (818) 501-5306
E-Mail: kjhalford@wkpyc.com
E-Mail: dkann@wkpyc.com
E-Mail: ajordan@wkpyc.com

Attorneys for Plaintiff, The Board of Trustees of the
Santa Monica UNITE HERE Health Benefits Fund

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

## (Western Division)

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE SANTA MONICA UNITE HERE HEALTH BENEFITS FUND, <br><br> Plaintiff, <br><br> v. <br><br> DELAWARE NORTH COMPANIES TRAVEL HOSPITALITY SERVICES, formerly known as CA ONE SERVICES, INC. D/B/A/ LOS ANGELES INTERNATIONAL AIRPORT, a Delaware corporation, <br><br> Defendant. <br> _____ | CASE NO. CV-0708155 AHM (PLAx) <br><br> JUDGMENT PURSUANT TO STIPULATION <br><br> The Honorable A. Howard Matz |

Plaintiff, The Board of Trustees of the Santa Monica UNITE HERE Health

Benefits Fund ("Plaintiff") and  Defendant, Delaware North Companies Travel

Hospitality Services, formerly known as CA One Services, Inc. d/b/a/ Los Angeles

International Airport, a Delaware corporation ("Defendant" or "DNC") having

stipulated to entry of judgment in favor of the Plaintiff and against Defendant, it is

hereby

ORDERED, ADJUDGED AND DECREED, that Plaintiff shall have

judgment  in the sum of $286,567.27 for assessed supplemental  contributions for

the period of April 2006 through July 2007 in the sum of $222,218.47, liquidated

damages assessed on supplemental contributions in the sum of $22,281.85,

accrued interest in the sum of $33,284.89, attorneys' fees and costs in the sum of

$8,782.06, together with interest accruing at the rate of seven percent per annum

from June 3, 2008, on the declining principal balance of the judgment to be paid

in accordance with the terms of the Stipulation for Entry of Judgment which is

attached hereto as Exhibit "1" and made part hereof by this reference.

DATED: September 16, 2008

United States District Judge

**Make JS-6**

-2-

Kathryn J. Halford (CSBN 68141)
Dana K. Kann (CSBN 220986)
K. Arianne Jordan (CSBN 221881)
WOHLNER, KAPLON, PHILLIPS YOUNG
& CUTLER
A Professional Corporation
15456 Ventura Boulevard, Suite 500
Sherman Oaks, California 91403
Telephone No.:(818)501-8030
Facsimile No.: (818) 501-5306
E-Mail: kjhalford@wkpyc.com
E-Mail: dkann@wkpyc.com
E-Mail: ajordan@wkpyc.com

Attorneys for Plaintiff, The Board of Trustees of the
Santa Monica UNITE HERE Health Benefits Fund

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**(Western Division)**

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE SANTA MONICA UNITE HERE HEALTH BENEFITS FUND, | CASE NO. CV-0708155 AHM (PLAx) |
| Plaintiff, | STIPULATION FOR ENTRY OF JUDGMENT; AND ORDER THEREON |
| v. | |
| DELAWARE NORTH COMPANIES TRAVEL HOSPITALITY SERVICES, formerly known as CA ONE SERVICES, INC. D/B/A/ LOS ANGELES INTERNATIONAL AIRPORT, a Delaware corporation, | Trial Date: 12/16/08 |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto that Plaintiff, The Board of Trustees of the Santa Monica UNITE HERE Health Benefits Fund ("Plaintiff") shall have judgment against Defendant, Delaware North Companies Travel Hospitality Services, formerly known as CA One Services, Inc. d/b/a/ Los Angeles International Airport, a Delaware corporation ("Defendant" or "DNC") in the sum of $286,567.27 for assessed

1

supplemental  contributions for the period of April 2006 through July 2007 in the

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

sum of $222,218.47, liquidated damages assessed on supplemental contributions in the sum of $22,281.85, accrued interest in the sum of $33,284.89, attorneys' fees and costs in the sum of $8,782.06, together with interest accruing at the rate of seven percent per annum from June 3, 2008, on the declining principal balance of the judgment as follows:

1.     The Plaintiff and DNC hereby agree that the amount stipulated as owed is based solely upon a claim by the Plaintiff that DNC was obligated and failed to pay an increased contribution rate for hours already reported by DNC to the Plaintiff during the period of April 2006 though July 2007, which claim is disputed by DNC.

2.     The Plaintiff and DNC further agree that the amounts claimed due by the Plaintiff resulting from the rate increase are based solely upon employer reports submitted by DNC to Plaintiff and have not been audited by Plaintiff who hereby reserves the right to audit employer contributions in accordance with Plaintiff's regular auditing procedures.

3.     DNC shall pay to Plaintiff the sum of $8,900.00, on or before September 20, 2008, and the same sum on or before October 20, 2008, November 20, 2008 and December 20, 2008.  Each payment will be submitted together with and in addition to DNC's regular monthly report of contributions to the Plaintiff.

4.     On or before January 20, 2009, DNC shall make a lump sum payment in the sum of $234,178.00 to the Plaintiff, together with and in addition to DNC's regular monthly payment to Plaintiff for month of January 2009.

5.     It is understood that the payments described in paragraphs 3 and 4 incorporate interest.  In the event of default in payment, DNC agrees to pay interest accruing at the rate of ten percent  from June 3, 2008, upon the principal balance of the judgment,  pursuant to the following formula: Principal (x) 10 percent ($\div$) three hundred sixty-five days (x) number of days since last payment.

1    No payment of interest shall reduce the amount of the Judgment as entered, but

2    Plaintiff will credit payments already made pursuant to this Stipulation.

3        6.      During the period in which payments are being made pursuant to the

4    Stipulation DNC agrees to timely report and pay all **"**current contributions" owed

5    to Plaintiff.  In the event any "current contributions" are not made timely, the

6    Plaintiff shall notify Defendant  c/o Susan Hoffman, Esq., Littler, Mendelson,

7    2049 Century Park East, 5th Floor, Los Angeles, California 90067-3107. If the

8    deficiency is not cured within 30 days after such notice, DNC shall be deemed in

9    default under the terms of this Stipulation, and the Judgment may be enforced for

10   all amounts then owed.  This paragraph shall not apply to amounts in dispute

11   pursuant to an audit by Plaintiff or other contract interpretation dispute that may

12   arise after the date of this Stipulation.

13       7.      The Plaintiff hereby stipulates and agrees to withhold execution of

14   the Judgment entered against DNC pursuant to this Stipulation so long as DNC

15   timely makes the payments required in paragraphs 3 and 4 of this Stipulation, and

16   complies with all other terms of this Stipulation.

17       8.      Time is of the essence in this Stipulation and it is agreed that if

18   DNC fails to make the payments described herein when due, or has failed to

19   comply with any term of this Stipulation, including its obligation as described in

20   Paragraph 6 to make current contribution payments, DNC shall be deemed in

21   default.  In the event of default, and upon the conclusion of a 10 day cure period

22   running from the date written notice of default is given in the same manner

23   described in paragraph 6, Plaintiff may levy immediately upon the balance then

24   due, together with accrued interest.  DNC further agrees that in the event of

25   default, in addition to any other sums which may be owed, Plaintiff shall be

26   entitled to all costs and attorneys' fees incurred in enforcing the Judgment entered

27   pursuant to this Stipulation.

28

9.      Upon  payment by DNC of the sum of $269,778.00, in accordance with the terms of this Stipulation, and so long as DNC is not delinquent in its report and payment of contributions to Plaintiff, Plaintiff shall waive the balance of the Judgment  and will file a full satisfaction of judgment in the above entitled action.


DATED: _____                    DELAWARE NORTH COMPANIES
                                     TRAVEL HOSPITALITY SERVICES,
                                     formerly known as CA ONE SERVICES,
                                     INC. D/B/A/ LOS ANGELES
                                     INTERNATIONAL AIRPORT, a Delaware
                                     corporation


                                     _____
                                     Name:
                                     Its:


DATED: _____                   THE BOARD OF TRUSTEES OF THE
                                     SANTA MONICA UNITE HERE HEALTH
                                     BENEFITS FUND


                                     _____
                                     Name:
                                     Its:

DATED:_____                 KATHRYN J. HALFORD
                                     DANA K. KANN
                                     K. ARIANNE JORDAN
                                     WOHLNER KAPLON PHILLIPS
                                     YOUNG & CUTLER
                                     A Professional Corporation


                                     _____
                                     Kathryn J. Halford
                                     Attorneys for Plaintiff
                                     THE BOARD OF TRUSTEES OF THE
                                     SANTA MONICA UNITE HERE HEALTH
                                     BENEFITS FUND

-7-

1

2   DATED:_____          BRADY J. MITCHELL
                                  LITTLER MENDELSON
3                                 A Professional Corporation

4

5                                 _____
                                  BRADY J. MITCHELL
6                                 Attorneys for Defendant,
                                  DELAWARE NORTH COMPANIES
7                                 TRAVEL HOSPITALITY SERVICES,
                                  formerly known as CA ONE SERVICES,
8                                 INC. D/B/A LOS ANGELES
                                  INTERNATIONAL AIRPORT, a Delaware
9                                 corporation

10

11                               **ORDER**

12

13

14   IT IS SO ORDERED:

15

16   DATED: _____
                                  _____
17                                UNITED STATES DISTRICT COURT  JUDGE

18

19

20

21

22

23

24

25

26

27

28